FILED
JUN 29 2010

ENTERED
JUN 30 2010

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

HQ7 Incorporated,

    Debtor.

Case No. RS 10-29511 MJ

Chapter 7

ORDER TO SHOW CAUSE RE DISMISSAL FOR SECOND FILING WITHIN SIX YEARS

DATE: July 13, 2010
TIME: 11:00 A.M.
CTRM: 301

  TO DEBTOR HQ7: YOU ARE HEREBY ORDER TO SHOW CAUSE on July 13, 2010 at 11:00 a.m. in the above-entitled court why this case should not be dismissed for your failure to be represented by an attorney as required by Local Bankruptcy Rule 9011-2(a). The only satisfactory response to this OSC is appearance of counsel on behalf of the debtor. Any other circumstances will result in case dismissal.

Dated: 6-29-10

_____
MEREDITH A. JURY
United States Bankruptcy Judge

Case 6:10-bk-29511-MJ    Doc 7    Filed 06/29/10    Entered 06/30/10 13:02:13    Desc
Main Document    Page 2 of 4

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below**: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below**: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that the attached order was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), I, deputy clerk who is making this entry; certify that service on all parties under Section II was completed, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Patricia J Zimmermann
pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** I deputy clerk who is making this entry; certify that service on all parties under Section II was completed, A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| HQ7 Incorporated<br>12951 Sheepcreek Rd<br>Devore, CA 92407 | |
|---|---|

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                               F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**