FILED
JUL 13 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUPTCY MINUTES - GENERAL**

ADV. NO. RS
CASE NO. RS10-29511 MJ DATE JUL 13 2010 24

TITLE: HQ7 INCORPORATED

DOCKET ENTRY: ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO BE REPRESENTED BY COUNSEL PER LOCAL RULE 9011-2(a)

PRESENT:
HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS: ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

PROCEEDINGS: Dismissed

( ) **ORDER TO FOLLOW** ( ) **TO BE LODGED** ( ) **NO LODGEMENT NECESSARY**

( ) WALK THROUGH ( ) **CLERK'S ORDER VAN 153 [CHAPTER 13'S ONLY]** ( ) CHAMBER'S ORDER