

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HQ7 Incorporated,<br><br>                Debtor. | Case No. RS 10-29511 MJ<br><br>Chapter 7<br><br>ORDER DISMISSING CASE |

Hearing Date: July 13, 2010
Time:           11:00 A.M.
Ctrm:           301

     The above-captioned matter came on regularly for hearing on the above-stated date before the undersigned Bankruptcy Judge on the court's Order To Show Cause Hearing.  Appearances were as stated on the record in open court. After considering the argument and documentation and for the reasons stated in open Court,

     IT IS ORDERED that Debtor(s)' case is dismissed.

Date: 7-15-10

_____
MEREDITH A. JURY
United States Bankruptcy Judge

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that the attached order was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Patricia J Zimmermann
pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** I deputy clerk who is making this entry, certify that service on all parties under Section II was completed, A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| | |
|---|---|
| HQ7 Incorporated<br>12951 Sheepcreek Rd<br>Devore, CA 92407 | |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

January 2009

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**